FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 14, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TINA LYNN D.,[1]<br><br>                Plaintiff,<br><br>   v.<br><br>LELAND DUDEK, ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>                Defendant. | NO: 4:24-cv-05132-RLP<br><br>ORDER GRANTING STIPULATED MOTION FOR REMAND |

      BEFORE THE COURT is the Defendant's Stipulated Motion to Remand, ECF No. 17.  Based on the stipulation of the parties, the Court finds good cause to grant the motion.  Accordingly, pursuant to the stipulation, **IT IS HEREBY ORDERED**:

      1. Defendant's Stipulated Motion for Remand, **ECF No. 17**, is **GRANTED**.

---

[1] The court identifies a plaintiff in a social security case only by the first name and last initial in order to protect privacy.  *See* LCivR 5.2(c).

ORDER GRANTING STIPULATED MOTION FOR REMAND - 1

2. This case is **REVERSED** and **REMANDED** for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

3. On remand, the administrative law judge will offer Plaintiff the opportunity for a hearing, take further action to complete the administrative record, and issue a new decision.

4. Upon proper presentation, this Court will consider Plaintiff's application for costs, expenses, and reasonable attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(a), (d).

5. Plaintiff's Opening Brief, **ECF No. 11**, and the hearing and remaining briefing schedule are **VACATED** as moot.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order and provide copies to counsel. Judgment shall be entered for Plaintiff and the file shall be **CLOSED**.

**DATED** April 14, 2025.

REBECCA L. PENNELL
United States District Judge